# Court of Appeals
# of the State of Georgia

ATLANTA,  July 11, 2017

*The Court of Appeals hereby passes the following order:*

## A17D0536.  BRANNON RICE HICKS, SR. v. HENRY JOSEPH HICKS, II, INDIVIDUALLY, et al.

Brannon Rice Hicks, Sr. filed this application for discretionary appeal to challenge an order requiring him to pay attorney fees and expenses under OCGA § 9-15-14.  We lack jurisdiction.

Generally, a party must follow the discretionary appeal procedures to appeal an award of OCGA § 9-15-14 attorney fees and expenses.  OCGA § 5-6-35 (a) (10). In the order contested here, however, the trial court expressly reserved ruling upon the amount to be paid until after an evidentiary hearing thereon.  Because the case is thus still pending in the trial court, Hicks was required to follow the interlocutory appeal procedures.  See OCGA § 5-6-34 (b); *Bailey v. Bailey*, 266 Ga. 832, 832-833 (471 SE2d 213) (1996); *Scruggs v. Ga. Dept. of Human Resources*, 261 Ga. 587, 588-589 (1) (408 SE2d 103) (1991).  Because Hicks did not do so, we lack jurisdiction to consider this application, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  07/11/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen*                    *, Clerk.*